UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ULYSEES WATKINS,

                  Plaintiff,       07 Civ. 5969 (WHP)

        -against-              ORDER

JANE DOES #1-2 and JOHN DOES #1-2

                 Defendants.
---------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The initial pre-trial conference in this action is rescheduled for January 18, 2008 at 12:15 a.m. Corporation Counsel, though not a party to this action, is directed to appear and to arrange for Plaintiff to participate in the conference by telephone.

Dated:    January 2, 2008
           New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Copy mailed to*:

Ulysees Watkins
06A6925
Sing Sing Correctional Facility
354 Hunter St.
Ossining, NY 10562
*Plaintiff Pro Se*

Thomas Crane
Assistant Corporation Counsel
100 Church Street, Room 2-181
New York, NY 10007