```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ULYSEES WATKINS,                    :

                Plaintiff,          :      07 Civ. 5969 (WHP)

        -against-                   :      ORDER

JANE DOES #1-2 and JOHN DOES #1-2   :

                Defendants.         :
------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

Plaintiff pro se having participated by telephone in a conference with this Court on January 18, 2008, and Corporation Counsel, though not a party to this action, having appeared at that conference:

1. Plaintiff is directed to serve the complaint on the City of New York;

2. Plaintiff is directed to contact the Pro Se Office of the Southern District of New York for assistance in serving the complaint on the City of New York, and the Pro Se office is directed to provide such assistance; and

3. A status conference will be held on March 14, 2008 at 10:30 a.m.

Dated:   January 18, 2008
         New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Copy mailed to*:

Ulysees Watkins
06A6925
Sing Sing Correctional Facility
354 Hunter St.
Ossining, NY 10562
*Plaintiff Pro Se*

Chevon Andre Brooks, Esq.
NYC Law Department
100 Church Street
New York, NY 10007