UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ULYSEES WATKINS,

              Plaintiff,              07 Civ. 5969 (WHP)

         -against-                ORDER

JANE DOES #1-2 and JOHN DOES #1-2

              Defendants.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       On January 18, 2008, this Court directed Plaintiff to contact the Pro Se Office of the Southern District of New York for assistance and serve the complaint on the City of New York. As of March 14, 2008, Plaintiff has not done so. Plaintiff is directed to serve the complaint on the City of New York by May 13, 2008, or this Court will dismiss this action.

Dated: March 14, 2008
      New York, New York

                               SO ORDERED:

                               _____
                               WILLIAM H. PAULEY III
                               U.S.D.J.

*Copy mailed to*:

Ulysees Watkins
06A6925
Sing Sing Correctional Facility
354 Hunter St.
Ossining, NY 10562
*Plaintiff Pro Se*

Chevon Andre Brooks, Esq.
NYC Law Department
100 Church Street
New York, NY 10007