
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Mr. Ulysees Watkins, Din #06-A-6925
Sing Sing Correctional Facility
354 Hunter Street
Ossing, New York 10562

May 23, 2008

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Watkins v. John Doe, et al.</u>, No. 07 Civ. 5969 (WHP)

Dear Judge Pauley,

    I am writing with regards to the return of my papers by the Pro se Clerk, for the reasons so stated therein. (Copies enclosed).

    As the enclosed papers indicate, I have attempted to serve the Defendant's attorney with a copy of the Complaint and Summonds as well as Interrogatories seeking the correct names of the Defendant's in this action on April 24, 2008. I attempted service in this manner because the person who I had asked to effect service of the papers for me returned all my documents without any explanation as to why service was not made, and time to effect service (May 13, 2008) was quickly approaching.

    At <u>this time I respectfully request additional time in which to complete service via the United States Marshals Service.</u> The original summons, copies of summons, complaint and certified IFP, and a completed U.S.M. - 285 form addressed to Chevon Andre Brooks, Assistant Corporation Councel for the City of New York will be placed in the mail at the same time as this request for an extension of time to complete service.

    I sincerely thank you for your consideration of this matter.

                                     */s/ Ulysees Watkins*
                                     Ulysees Watkins

*Plaintiff's time to serve the Complaint is extended to July 23, 2008.*

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
6/24/08